DAVID J. MERRILL
Nevada Bar No. 6060
DAVID J. MERRILL, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 566-1935
Facsimile: (702) 993-8841
E-mail: david@djmerrillpc.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COMMONWEALTH LAND TITLE INSURANCE CORPORATION, a Nebraska corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALEXANDER EDELSTEIN, an individual,<br><br>　　　　Defendant. | Case No.:　2:15-CV-01335-JCM-(GWF) |

## STIPULATED JUDGMENT

　　In accordance with the Settlement and Release Agreement entered on the 31st day of March 2016, Commonwealth Land Title Insurance Corporation ("Commonwealth") and Alexander Edelstein ("Edelstein") stipulate as follows:

　　1.　On July 1, 2015, Commonwealth commenced an action against Edelstein entitled *Commonwealth Land Title Ins. Corp. v. Edelstein*, Case No. A-15-720813-C, in the Eighth Judicial District Court, Clark County, Nevada, in which Commonwealth asserted claims against Edelstein for breach of contract, breach of the implied covenant of good faith and fair dealing, and declaratory relief (the "Action").

1

2. Commonwealth claimed, *inter alia*, that Edelstein breached an agreement that required him to: (a) provide a defense of all mechanic's lien foreclosure suits pending against property located at 9205 West Russell Road, Las Vegas, Nevada; (b) provide indemnification to Commonwealth against any losses suffered on a ALTA Loan Policy of Title Insurance (Policy No. 05111973) issued by Commonwealth to Scott Financial Corporation as a result of any adverse judgment that might result to Scott Financial in an action entitled *APCO Construction v. Gemstone Development* (Case No. 08-A571228), and all consolidated cases identified therein (the "Manhattan West Litigation"); and (c) provide reimbursement of all fees and costs expended by Commonwealth in and related to the Manhattan West Litigation and the resulting claim tendered by Scott Financial to Commonwealth.

3. On January 14, 2015, Edelstein removed the Action to this Court.

4. Without admitting any liability, and in the interest of resolving the Action, Commonwealth and Edelstein (collectively, the "Parties") executed a Settlement and Release Agreement (the "Agreement") on March 31, 2016.

5. Pursuant to the Agreement, Edelstein is obligated to remit payments to Commonwealth under the terms set forth within the Agreement.

6. Pursuant to the terms of the Agreement, Commonwealth has agreed to forbear any execution upon or collection efforts in connection with this Stipulated Judgment for so long as Edelstein makes the payments called for in the Agreement. If Edelstein fails to make any of the payments scheduled in the Agreement, and said payment remains unpaid for ten (10) business days following Edelstein's receipt of a notice from Commonwealth that it failed to receive the scheduled payment, then Commonwealth's forbearance agreement shall expire.

7. Upon Edelstein's payment of the full amount of the settlement as set forth in the Agreement, Commonwealth shall prepare and record a satisfaction of this Stipulated Judgment.

8. Should the forbearance agreement expire in accordance with the terms of the Agreement, Commonwealth shall prepare and record a partial satisfaction of this Stipulated Judgment for the total amount of payments received by Commonwealth from Edelstein pursuant to the terms of the Agreement.

9. In accordance with the terms of the Agreement, Commonwealth and Edelstein stipulate that Commonwealth shall take judgment in its favor and against Edelstein in the total amount of One Million Forty-Six Thousand Eighty-Five and no/100 Dollars ($1,046,085.00). No attorneys' fees or costs shall be awarded other than what is already encompassed within the amount of this Stipulated Judgment.

DATED this 31st day of March 2016.

| GERRARD, COX & LARSEN | DAVID J. MERRILL, P.C. |
|---|---|
| By: /s/ Douglas D. Gerrard<br>DOUGLAS D. GERRARD<br>2450 St. Rose Parkway, #200<br>Henderson, Nevada 89074<br>(702) 796-4848<br>Attorneys for Plaintiff | By: /s/ David J. Merrill<br>DAVID J. MERRILL<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>(702) 566-1935<br>Attorneys for Defendant |

## JUDGMENT

In accordance with the above-stipulation, the parties' Settlement and Release Agreement, and good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Commonwealth Land Title Insurance Corporation shall take Judgment in its favor and against Alexander Edelstein in the total amount of One Million Forty-Six Thousand Eighty-Five and no/100 Dollars ($1,046,085.00);

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that no additional attorneys' fees or costs shall be awarded other than what is already encompassed within the amount of this Judgment.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE
DATED: August 31, 2016